**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**
**CIVIL ACTION NO. 5:16-cv-00219-JMH**

**In re: 5926 Lexington Road, Lancaster, Kentucky 40444**

UNITED STATES OF AMERICA                                                                      PLAINTIFF

VS.

UNKNOWN HEIRS OF
MAE K. SYKES, et al.                                                                                        DEFENDANTS

### MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Comes the Plaintiff, United States of America, by and through counsel and hereby respectfully moves the Court for an order granting leave to file a Second Amended Complaint in the above-referenced matter. In support of this Motion, the Plaintiff states as follows:

1. The Complaint was filed in this matter on June 22, 2016.

2. After the initial Complaint was filed, the Plaintiff discovered that the mortgage debtor and defendant Mae K. Sykes was deceased and amended the complaint to reflect the same on August 15, 2016.

3. The Plaintiff has since received the report of the Warning Order Attorney for the unknown heirs of Mae K. Sykes, in which the Warning Order Attorney found numerous heirs for Mae K. Sykes.

4. The Plaintiff is seeking to amend its complaint to join the individuals identified by the Warning Order Attorney as the heirs-at-law of Mae K. Sykes, who may have an interest in the subject real property by virtue of their status as the heirs-at-law of Mae K. Sykes.

Therefore, the Plaintiff, United States of America, respectfully requests an Order granting leave to file a Second Amended Complaint. A copy of the Amended Complaint to be filed in this matter has been attached hereto and is incorporated herein by reference.

Respectfully Submitted,

By: /s/ Lauren B. Durham
Attorney for the Plaintiff:
James S. Watson/ Lauren B. Durham
Foreman Watson Holtrey, LLP
530 Frederica Street
Owensboro, Kentucky 42301
Phone: (270)689-2424
Fax: (270)689-2420

CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2016, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

**n/a**

I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail to the following non-CM/ECF participants:

**n/a**

/s/ Lauren B. Durham
Lauren B. Durham
Foreman Watson Holtrey, LLP
Attorney for Plaintiff